| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Keenan, Barbara M. | 2. Court or Organization U.S. Court of Appeals, 4th Circuit | 3. Date of Report 5/1/2014 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
|---|---|---|

**7. Chambers or Office Address**

200 South Washington Street
Suite 305
Alexandria, VA 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 - See Sec. VII, p. 31, line 469 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Retirement Income - Commonwealth of Virginia | $143,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Virginia Retirement System-Monthly Payment |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Public Defender | April 18-19, 2013 | Charlottesville, Virginia | Criminal Defense Conference - Federal Public Defender | Lodging - 126.50 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America-Bank Accounts | E | Interest | N | T | | | | | |
| 2. BB&T -Bank Accounts | A | Interest | J | T | | | | | |
| 3. Jefferson County, WV-▉▉ farmland, 25% interest | A | Rent | M | Q | | | | | |
| 4. Jefferson County, WV-▉▉ farm + structures-25% int | B | Rent | O | Q | | | | | |
| 5. MERRILL LYNCH BROKERAGE ACCT #1: | | | | | | | | | |
| 6. BB&T Bank Corp. common stock | E | Dividend | N | T | | | | | |
| 7. Cisco Systems-common stock | B | Dividend | L | T | | | | | |
| 8. Coca Cola Corp.-common stock | A | Dividend | K | T | | | | | |
| 9. Dell Inc.-common stock | | None | | | Sold | 10/30/13 | J | A | |
| 10. Freeport McMoran-common stock | B | Dividend | K | T | | | | | |
| 11. Glaxo SmithKline-common stock | A | Dividend | J | T | | | | | |
| 12. Merk & Co.-common stock | B | Dividend | K | T | | | | | |
| 13. Pfizer Inc.-common stock | C | Dividend | M | T | | | | | |
| 14. Time Warner Cable-common stock | A | Dividend | K | T | | | | | |
| 15. Time Warner Inc.-common stock | B | Dividend | L | T | | | | | |
| 16. Wells Fargo & Co.-common stock | A | Dividend | J | T | | | | | |
| 17. Express Scripts Hldg. Co. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dominion Resources - common stock (X) | B | Dividend | L | T | Buy | 8/19/13 | L | | |
| 19. AOL - common stock | A | Dividend | J | T | | | | | |
| 20. Bank of America Tax-Exempt Reserves CL | A | Interest | L | T | | | | | |
| 21. MERRILL LYNCH BROKERAGE ACCT #2 (IRA) | | | | | | | | | |
| 22. MFS Growth Fund | A | Dividend | | | Sold | 5/22/13 | K | D | |
| 23. Pfizer | A | Dividend | | | Sold | 5/22/13 | L | E | |
| 24. MainStay Marketfield Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 25. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 26. | | | | | Sold (part) | 6/17/13 | J | A | |
| 27. | | | | | Sold (part) | 8/26/13 | J | A | |
| 28. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 29. Ivy Asset Strategy Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 30. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 31. | | | | | Sold (part) | 8/26/13 | J | A | |
| 32. | | | | | Sold (part) | 9/9/13 | J | A | |
| 33. MFS Diversified Income Fund | A | Dividend | | | Buy | 5/20/13 | J | | |
| 34. | | | | | Buy (add'l) | 5/30/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Diversified Income Fund | A | Dividend | | | Sold | 6/17/13 | J | A | |
| 36. Loomis Sayles Strategic Inc | A | Dividend | | | Buy | 5/20/13 | J | | |
| 37. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 38. | | | | | Sold | 6/17/13 | J | A | |
| 39. Blackrock Global Allocations Fund | | None | | | Buy | 5/20/13 | J | | |
| 40. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 41. | | None | | | Sold | 6/17/13 | J | A | |
| 42. Dreyfus International Bond Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 43. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 44. | | | | | Sold (part) | 6/17/13 | J | A | |
| 45. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 46. Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 47. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 48. | | | | | Sold (part) | 6/17/13 | J | A | |
| 49. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 50. | | | | | Buy (add'l) | 8/27/13 | J | | |
| 51. | | | | | Buy (add'l) | 9/9/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Oppenheimer International Growth Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 53. | | | | | | Buy (add'l) | 5/30/13 | J | | |
| 54. | | | | | | Buy (add'l) | 6/17/13 | J | | |
| 55. | | | | | | Sold (part) | 7/30/13 | J | A | |
| 56. | | | | | | Sold (part) | 8/26/13 | J | A | |
| 57. | Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 58. | | | | | | Buy (add'l) | 5/30/13 | J | | |
| 59. | | | | | | Buy (add'l) | 6/17/13 | J | | |
| 60. | | | | | | Buy (add'l) | 7/30/13 | J | | |
| 61. | | | | | | Sold (part) | 8/26/13 | J | A | |
| 62. | | | | | | Sold (part) | 9/9/13 | J | A | |
| 63. | JP Morgan Large Cap Growth Fund | | None | J | T | Buy | 5/20/13 | J | | |
| 64. | | | | | | Buy (add'l) | 5/30/13 | J | | |
| 65. | | | | | | Buy (add'l) | 6/17/13 | J | | |
| 66. | | | | | | Sold (part) | 8/26/13 | J | A | |
| 67. | | | | | | Sold (part) | 9/9/13 | J | A | |
| 68. | Altegris Managed Futures Strategy Fund | | None | | | Buy | 5/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 70. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 71. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 72. | | | | | Sold (part) | 10/15/13 | J | A | |
| 73. | | | | | Sold | 11/18/13 | J | A | |
| 74. MFS New Discovery Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 75. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 76. | | | | | Sold (part) | 6/17/13 | J | A | |
| 77. | | | | | Sold (part) | 8/26/13 | J | A | |
| 78. MFS Value Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 79. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 80. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 81. | | | | | Sold (part) | 8/26/13 | J | A | |
| 82. | | | | | Sold (part) | 9/9/13 | J | A | |
| 83. JP Morgan Equity Income Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 84. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 85. | | | | | Buy (add'l) | 6/17/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 8/26/13 | J | A | |
| 87. | | | | | Sold (part) | 9/9/13 | J | A | |
| 88. TCW Select Equities | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 89. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 90. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 91. | | | | | Sold (part) | 8/26/13 | J | A | |
| 92. The Oakmark International Fund | A | Dividend | J | T | Buy | 5/20/13 | J | | |
| 93. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 94. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 95. | | | | | Sold (part) | 8/26/13 | J | A | |
| 96. | | | | | Sold (part) | 8/26/13 | J | A | |
| 97. | | | | | Sold (part) | 9/9/13 | J | A | |
| 98. SPDR Gold Trust | | None | J | T | Buy | 5/22/13 | J | | |
| 99. | | | | | Buy (add'l) | 6/3/13 | J | | |
| 100. | | | | | Sold (part) | 6/19/13 | J | A | |
| 101. SSGA Active Multi Asset Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 102. | | | | | Buy (add'l) | 5/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 6/19/13 | J | | |
| 104. | | | | | Buy (add'l) | 8/28/13 | J | | |
| 105. Vanguard Mega Cap 300 | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 106. | | | | | Buy (add'l) | 6/3/13 | J | | |
| 107. | | | | | Sold (part) | 6/19/13 | J | A | |
| 108. | | | | | Sold (part) | 6/28/13 | J | A | |
| 109. | | | | | Sold (part) | 9/11/13 | J | A | |
| 110. Vanguard Mega Cap Growth Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 111. | | | | | Buy (add'l) | 6/3/13 | J | | |
| 112. | | | | | Sold (part) | 6/19/13 | J | | |
| 113. | | | | | Sold (part) | 8/28/13 | J | A | |
| 114. | | | | | Sold (part) | 8/29/13 | J | A | |
| 115. | | | | | Sold (part) | 9/11/13 | J | A | |
| 116. Vanguard FTSE ALL WORLD | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 117. | | | | | Buy (add'l) | 6/3/13 | J | | |
| 118. | | | | | Buy (add'l) | 6/19/13 | J | | |
| 119. | | | | | Sold (part) | 8/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 9/11/13 | J | A | |
| 121. JP Morgan Strategic Income Opp Fund | A | Dividend | J | T | Buy | 6/17/13 | J | | |
| 122. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 123. | | | | | Sold (part) | 8/27/13 | J | A | |
| 124. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 125. | | | | | Sold (part) | 9/30/13 | J | A | |
| 126. Mainstay Unconstrained Bond Fund | A | Dividend | J | T | Buy | 8/27/13 | J | | |
| 127. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 128. | | | | | Sold (part) | 9/30/13 | J | A | |
| 129. Aberdeen Global High Income Fund | A | Dividend | J | T | Buy | 9/30/13 | J | | |
| 130. Blackrock Strategic Income Opportunities | A | Dividend | J | T | Buy | 6/17/13 | J | | |
| 131. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 132. | | | | | Sold (part) | 8/27/13 | J | A | |
| 133. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 134. | | | | | Sold (part) | 9/30/13 | J | A | |
| 135. Pioneer Multi Asset Real Return Fund | A | Dividend | J | T | Buy | 6/17/13 | J | | |
| 136. | | | | | Buy (add'l) | 8/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 138. JP Morgan Undisclosed Mrgrs Behavioral Value Fund; A | | None | | | Buy | 5/22/13 | J | | |
| 139. | | | | | Buy (add'l) | 6/3/13 | J | | |
| 140. | | | | | Sold (part) | 8/28/13 | J | A | |
| 141. | | | | | Sold (part) | 9/11/13 | J | A | |
| 142. | | | | | Sold | 11/18/13 | J | | |
| 143. JP Morgan Undiscovered Mrgrs Behavioral Value Fund; Select | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 144. Lord Abbett Short Duration Income Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 145. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 146. | | | | | Sold (part) | 6/14/13 | J | A | |
| 147. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 148. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 149. | | | | | Buy (add'l) | 9/6/13 | J | | |
| 150. Vanguard Total Bond Market Per Advisor | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 151. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 152. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 153. | | | | | Buy (add'l) | 8/26/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 9/6/13 | J | | |
| 155. Pfizer, Inc.-common stock | C | Dividend | K | T | | | | | |
| 156. MFS Growth Fund Port Class A | | None | K | T | | | | | |
| 157. Bank of America Cash Reserves Class A | A | Interest | J | T | | | | | |
| 158. FIA Card SVS NA Rasp MM Fund (X) | A | Interest | J | T | | | | | |
| 159. MERRILL LYNCH BROKERAGE ACCT #3 | | | | | | | | | |
| 160. Coca Cola Co.-common stock | A | Dividend | K | T | | | | | |
| 161. General Electric-common stock | B | Dividend | L | T | | | | | |
| 162. Intel Corp.-common stock | B | Dividend | K | T | | | | | |
| 163. IBM-common stock | B | Dividend | L | T | | | | | |
| 164. Pfizer Inc.-common stock | C | Dividend | L | T | | | | | |
| 165. Bank of America Muni Reserves Money Market | A | Interest | J | T | | | | | |
| 166. Dominion Resources - common stock (X) | B | Dividend | L | T | Buy | 8/19/13 | L | | |
| 167. MERRILL LYNCH BROKERAGE ACCT #4 | | | | | | | | | |
| 168. Thornburg Intermediate Muni Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 169. | | | | | Sold (part) | 6/17/13 | J | A | |
| 170. | | | | | Buy (add'l) | 8/26/13 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 8/27/13 | J | | |
| 172. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 173. Lord Abbett Intermediate Tax Free Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 174. | | | | | Sold (part) | 6/17/13 | J | A | |
| 175. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 176. | | | | | Buy (add'l) | 8/27/13 | J | | |
| 177. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 178. MainStay Market Field Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 179. | | | | | Sold (part) | 6/17/13 | J | A | |
| 180. | | | | | Sold (part) | 8/26/13 | J | A | |
| 181. | | | | | Sold (part) | 10/15/13 | J | A | |
| 182. | | | | | Buy | 11/18/13 | J | | |
| 183. Ivy Asset Strategy Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 184. | | | | | Sold (part) | 8/26/13 | J | A | |
| 185. | | | | | Sold (part) | 9/9/13 | J | A | |
| 186. MFS Diversified Income Fund | A | Dividend | | | Buy | 5/23/13 | J | | |
| 187. | | | | | Sold | 6/17/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 15 of 33

Name of Person Reporting

Keenan, Barbara M.

Date of Report

5/1/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Loomis Sayles Strategic Income | A | Dividend | | | Buy | 5/23/13 | J | | |
| 189. | | | | | Sold | 6/17/13 | J | A | |
| 190.  Blackrock Global Allocation Fund | | None | J | T | Buy | 5/23/13 | J | | |
| 191. | | | | | Sold (part) | 6/17/13 | J | A | |
| 192.  Dreyfus International Bond Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 193. | | | | | Sold (part) | 6/17/13 | J | A | |
| 194. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 195. | | | | | Buy (add'l) | 8/27/13 | J | | |
| 196. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 197.  Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 198. | | | | | Sold (part) | 6/17/13 | J | A | |
| 199. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 200. | | | | | Buy (add'l) | 8/27/13 | J | | |
| 201. | | | | | Buy (add'l) | 9/9/2013 | J | | |
| 202.  Oppenheimer International Growth Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 203. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 204. | | | | | Sold (part) | 7/3/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 8/26/13 | J | A | |
| 206.  Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 207. | | | | | Buy (add'l) | 6/7/13 | J | | |
| 208. | | | | | Buy (add'l) | 7/30/13 | J | | |
| 209. | | | | | Sold (part) | 8/26/13 | J | A | |
| 210. | | | | | Sold (part) | 9/9/13 | J | A | |
| 211.  JP Morgan Large Cap Growth Fund | | None | J | T | Buy | 5/23/13 | J | | |
| 212. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 213. | | | | | Sold (part) | 8/26/13 | J | A | |
| 214. | | | | | Sold (part) | 9/9/13 | J | A | |
| 215.  Altegris Managed Futures Strategy Fund | | None | | | Buy | 5/23/13 | J | | |
| 216. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 217. | | | | | Buy (add'l) | 8/27/13 | J | | |
| 218. | | | | | Sold (part) | 10/15/13 | J | A | |
| 219. | | | | | Sold | 11/18/13 | J | | |
| 220.  MFS New Discovery Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 221. | | | | | Sold (part) | 6/17/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 8/26/13 | J | A | |
| 223. | | | | | Sold (part) | 9/9/13 | J | A | |
| 224. MFS Value Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 225. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 226. | | | | | Sold (part) | 8/26/13 | J | A | |
| 227. | | | | | Sold (part) | 9/9/13 | J | A | |
| 228. JP Morgan Equity Income Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 229. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 230. | | | | | Sold (part) | 8/26/13 | J | A | |
| 231. | | | | | Sold (part) | 9/9/13 | J | A | |
| 232. TCW Select Equities | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 233. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 234. | | | | | Sold (part) | 8/26/13 | J | A | |
| 235. | | | | | Sold (part) | 9/9/13 | J | A | |
| 236. OakMark International Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 237. | | | | | Buy (add'l) | 6/17/13 | J | | |
| 238. | | | | | Sold (part) | 8/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 8/27/13 | J | A | |
| 240. | | | | | Sold (part) | 9/9/13 | J | A | |
| 241.  SPDR Gold Trust | | None | J | T | Buy | 5/28/13 | J | | |
| 242.  SSGA Active Multi Asset | A | Dividend | J | T | Buy | 5/28/13 | J | | |
| 243. | | | | | Buy (add'l) | 6/19/13 | J | | |
| 244. | | | | | Buy (add'l) | 8/28/13 | J | | |
| 245.  Vanguard Mega Cap 300 | A | Dividend | J | T | Buy | 5/28/13 | J | | |
| 246. | | | | | Sold (part) | 6/19/13 | J | A | |
| 247. | | | | | Sold (part) | 8/28/13 | J | A | |
| 248. | | | | | Sold (part) | 9/11/13 | J | A | |
| 249.  Vanguard Mega Cap Growth | A | Dividend | J | T | Buy | 5/28/13 | J | | |
| 250. | | | | | Sold (part) | 6/19/13 | J | A | |
| 251. | | | | | Sold (part) | 8/28/13 | J | A | |
| 252. | | | | | Sold (part) | 9/11/13 | J | A | |
| 253.  Vanguard FTSE ALL WORLD | A | Dividend | J | T | Buy | 5/28/13 | J | | |
| 254. | | | | | Sold (part) | 6/19/13 | J | A | |
| 255. | | | | | Sold (part) | 8/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 9/11/13 | J | A | |
| 257. JP Morgan Strategic Income Opp Fund | A | Dividend | J | T | Buy | 6/17/13 | J | | |
| 258. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 259. | | | | | Sold (part) | 8/27/13 | J | A | |
| 260. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 261. | | | | | Sold (part) | 9/30/13 | J | A | |
| 262. MainStay Unconstrained Bond Fund | A | Dividend | J | T | Buy | 8/27/13 | J | | |
| 263. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 264. | | | | | Sold (part) | 9/30/13 | J | A | |
| 265. Aberdeen Global High Income Fund | A | Dividend | J | T | Buy | 9/30/13 | J | | |
| 266. Blackrock Strategic Income Opprtnts Fund | A | Dividend | J | T | Buy | 6/17/13 | J | | |
| 267. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 268. | | | | | Sold (part) | 8/27/13 | J | A | |
| 269. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 270. | | | | | Sold (part) | 9/30/13 | J | A | |
| 271. Pioneer Multi Asset Return Fund | A | Dividend | J | T | Buy | 6/17/13 | J | | |
| 272. | | | | | Buy (add'l) | 8/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 8/27/13 | J | | |
| 274. JP Morgan Undiscovered Mgrs Behavioral Value Fund; A | | None | | | Buy | 5/28/13 | J | | |
| 275. | | | | | Sold (part) | 6/19/13 | J | A | |
| 276. | | | | | Sold (part) | 8/28/13 | J | A | |
| 277. | | | | | Sold (part) | 9/11/13 | J | A | |
| 278. | | | | | Sold | 11/18/13 | J | | |
| 279. JP Morgan Undiscovered Mgrs Behavioral Value Fund; select | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 280. Merrill Lynch Bank Deposit Program (X) | A | Interest | J | T | | | | | |
| 281. WELLS FARGO BROKERAGE ACCT | | | | | | | | | |
| 282. Altria Group - common stock | A | Dividend | J | T | | | | | |
| 283. AOL, Inc. - common stock | | None | J | T | | | | | |
| 284. Boeing Co. - common stock | A | Dividend | K | T | | | | | |
| 285. Cisco Systems Inc. - common stock | A | Dividend | J | T | | | | | |
| 286. Express Scripts Holding Co. - common stock | | None | J | T | | | | | |
| 287. Freeport - McMoran Copper and Gold inc. - common stock | B | Dividend | K | T | | | | | |
| 288. General Electric Co. - common stock | A | Dividend | K | T | | | | | |
| 289. Hewlett-Packard Co. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. IBM - common stock | A | Dividend | J | T | | | | | |
| 291. Kraft Food Group - common stock | A | Dividend | J | T | | | | | |
| 292. Marriott Int'l - common stock | A | Dividend | K | T | | | | | |
| 293. Marriott Vacations Worldwide Corp. - common stock | | None | J | T | | | | | |
| 294. Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 295. Mondelez Int'l Inc. - common stock | A | Dividend | J | T | | | | | |
| 296. Mylan Inc. - common stock | | None | J | T | | | | | |
| 297. Pfizer - common stock | D | Dividend | O | T | | | | | |
| 298. Philip Morris International - common stock | A | Dividend | K | T | | | | | |
| 299. Reynolds American Inc. - common stock | A | Dividend | J | T | | | | | |
| 300. Time Warner Cable - common stock | A | Dividend | J | T | | | | | |
| 301. Time Warner Inc. - common stock | A | Dividend | J | T | | | | | |
| 302. 3 M Co. - common stock | A | Dividend | K | T | | | | | |
| 303. MFS Municipal - Open End Mutual Fund | C | Interest | L | T | | | | | |
| 304. Sentinel Short Maturity Govt Fund - Open End Mutual Fund | A | Interest | K | T | | | | | |
| 305. Eaton Vance Senior -Floating Rate Fund - Closed End Mut. | A | Dividend | J | T | | | | | |
| 306. Federal Premier Municipal Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Henrico County Bond (X) | A | Interest | | | Redeemed | 10/1/13 | K | A | |
| 308. MERRIL LYNCH BROKERAGE ACCT (IRA▒▒▒▒) | | | | | | | | | |
| 309. AIM International | | None | | | Sold | 5/22/13 | J | A | |
| 310. Allianz NFJ Divident | A | Dividend | | | Sold | 5/22/13 | J | A | |
| 311. Blackrock Global Growth Fund | | None | | | Sold | 5/22/13 | J | A | |
| 312. Davis Financial FD | | None | | | Sold | 5/22/13 | J | A | |
| 313. Jennison 20/20 Focus | | None | | | Sold | 5/22/13 | J | A | |
| 314. JP Morgan Equity Income Fund | A | Dividend | | | Sold | 5/22/13 | J | A | |
| 315. MFS International New Discovery Fund | | None | | | Sold | 5/22/13 | J | A | |
| 316. Thornburg Core Growth Fund | | None | | | Sold | 5/22/13 | J | A | |
| 317. Touchstone Large Cap Growth Fund | | None | | | Sold | 5/22/13 | J | A | |
| 318. Invesco International Small Company (X) | | None | | | Sold | 5/22/13 | J | A | |
| 319. Mainstay Marketfield Fund | A | Dividend | J | T | Buy | 5/23/13 | J | | |
| 320. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 321. | | | | | Sold (part) | 6/14/13 | J | A | |
| 322. | | | | | Sold (part) | 8/23/13 | J | A | |
| 323. | | | | | Buy (add'l) | 8/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 9/9/13 | J | | |
| 325. | | | | | Sold (part) | 10/14/13 | J | A | |
| 326. | | | | | Buy (add'l) | 11/15/13 | J | | |
| 327.  Ivy Asset Strategy Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 328. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 329. | | | | | Sold (part) | 8/23/13 | J | A | |
| 330. | | | | | Sold (part) | 9/6/13 | J | A | |
| 331.  MFS Diversified Income Fund | A | Dividend | | | Buy | 5/22/13 | J | | |
| 332. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 333. | | | | | Sold | 6/14/13 | J | A | |
| 334.  Loomis Sayles Strategic Inc. | A | Dividend | | | Buy | 5/22/13 | J | | |
| 335. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 336. | | | | | Sold | 6/14/13 | J | A | |
| 337.  Blackrock Global Allocation FD | | None | | | Buy | 5/23/13 | J | | |
| 338. | | | | | Buy (add'l) | 5/30/13 | J | | |
| 339. | | | | | Sold | 6/14/13 | J | A | |
| 340.  Dreyfus International Bond Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 342. | | | | | Sold (part) | 6/17/13 | J | A | |
| 343. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 344. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 345. | | | J | | Buy (add'l) | 9/6/13 | J | | |
| 346. Oppenheimer Senior Floating Rate Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 347. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 348. | | | | | Sold (part) | 6/14/13 | J | A | |
| 349. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 350. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 351. | | | | | Buy (add'l) | 9/8/13 | J | | |
| 352. Oppenheimer International Growth Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 353. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 354. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 355. | | | | | Sold (part) | 7/29/13 | J | A | |
| 356. | | | | | Sold (part) | 8/23/13 | J | A | |
| 357. Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 359. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 360. | | | | | Buy (add'l) | 7/29/13 | J | | |
| 361. | | | | | Sold (part) | 8/23/13 | J | A | |
| 362. | | | | | Sold (part) | 9/6/13 | J | A | |
| 363. JP Morgan Large Cap Growth FD | | None | J | T | Buy | 5/22/13 | J | | |
| 364. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 365. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 366. | | | | | Sold (part) | 8/23/13 | J | A | |
| 367. | | | | | Sold (part) | 9/6/13 | J | A | |
| 368. Altegris Managed Futures Strategy FD | | None | | | Buy | 5/22/13 | J | | |
| 369. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 370. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 371. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 372. | | | | | Sold (part) | 10/14/13 | J | A | |
| 373. | | | | | Sold | 10/15/13 | J | A | |
| 374. MFS New Discovery FD | A | Dividend | J | T | Buy | 5/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 376. | | | | | Sold (part) | 6/14/13 | J | A | |
| 377. | | | | | Sold (part) | 8/23/13 | J | A | |
| 378. | | | | | Sold (part) | 9/6/13 | J | A | |
| 379. MFS Value FD | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 380. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 381. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 382. | | | | | Sold (part) | 8/23/13 | J | A | |
| 383. | | | | | Sold (part) | 9/6/13 | J | A | |
| 384. JP Morgan Equity Income FD | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 385. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 386. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 387. | | | | | Sold (part) | 8/23/13 | J | A | |
| 388. | | | | | Sold (part) | 9/9/13 | J | A | |
| 389. TCW Select Equities | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 390. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 391. | | | | | Buy (add'l) | 6/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 8/23/13 | J | A | |
| 393. | | | | | Sold (part) | 9/6/13 | J | A | |
| 394. The Oakmark International FD | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 395. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 396. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 397. | | | | | Sold (part) | 8/23/13 | J | A | |
| 398. | | | | | Sold (part) | 9/6/13 | J | A | |
| 399. SPDR Gold Trust | | None | J | T | Buy | 5/22/13 | J | | |
| 400. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 401. SSGA Active Multi Asset Real Return | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 402. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 403. | | | | | Buy (add'l) | 6/14/13 | J | | |
| 404. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 405. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 406. Vanguard Mega Cap 300 | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 407. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 408. | | | | | Sold (part) | 6/14/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 8/23/13 | J | A | |
| 410. | | | | | Sold (part) | 9/6/13 | J | A | |
| 411. Vanguard Mega Cap Growth | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 412. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 413. | | | | | Sold (part) | 6/14/13 | J | A | |
| 414. | | | | | Sold (part) | 8/23/13 | J | A | |
| 415. | | | | | Sold (part) | 9/9/13 | J | A | |
| 416. Vanguard FTSE ALL WORLD | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 417. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 418. | | | | | Sold (part) | 6/14/13 | J | A | |
| 419. | | | | | Sold (part) | 8/23/13 | J | A | |
| 420. | | | | | Sold (part) | 9/6/13 | J | A | |
| 421. JP Morgan Strategic Income Opp Fund | A | Dividend | J | T | Buy | 6/14/13 | J | | |
| 422. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 423. | | | | | Sold (part) | 8/26/13 | J | A | |
| 424. | | | | | Buy (add'l) | 9/6/13 | J | | |
| 425. | | | | | Sold (part) | 9/27/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Mainstay Unconstrained Bond Fund | A | Dividend | J | T | Buy | 8/26/13 | J | | |
| 427. | | | | | Sold (part) | 9/27/13 | J | A | |
| 428. Aberdeen Global High Income FD | A | Dividend | J | T | Buy | 9/27/13 | J | | |
| 429. Blackrock Strategic Income Opportunities | A | Dividend | J | T | Buy | 6/14/13 | J | | |
| 430. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 431. | | | | | Sold (part) | 8/26/13 | J | A | |
| 432. | | | | | Buy (add'l) | 9/26/13 | J | | |
| 433. | | | | | Sold (part) | 9/27/13 | J | A | |
| 434. Pioneer Multi Asset Real Return Fund | A | Dividend | J | T | Buy | 6/14/13 | J | | |
| 435. | | | | | Buy (add'l) | 6/23/13 | J | | |
| 436. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 437. | | | | | Buy (add'l) | 9/6/13 | J | | |
| 438. JP Morgan Undisclosed Mgrs Behavioral Value Fund; A | | None | | | Buy | 5/28/13 | J | | |
| 439. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 440. | | | | | Sold (part) | 6/14/13 | J | A | |
| 441. | | | | | Sold (part) | 9/6/13 | J | A | |
| 442. | | | | | Sold | 11/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 33

Name of Person Reporting

Keenan, Barbara M.

Date of Report

5/1/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. JP Morgan Undisc. Mgrs Behavioral Value Fund, Select | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 444. Lord Abbett Short Duration Income Fund | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 445. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 446. | | | | | Sold (part) | 6/14/13 | J | A | |
| 447. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 448. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 449. | | | | | Buy (add'l) | 9/6/13 | J | | |
| 450. Vanguard Total Bond Mkt Per Advisor | A | Dividend | J | T | Buy | 5/22/13 | J | | |
| 451. | | | | | Buy (add'l) | 5/29/13 | J | | |
| 452. | | | | | Buy (add'l) | 8/23/13 | J | | |
| 453. | | | | | Buy (add'l) | 8/26/13 | J | | |
| 454. | | | | | Buy (add'l) | 9/6/13 | J | | |
| 455. COMMONWEALTH OF VA - DEFINED CONTRIBUTION PLAN | | | | | | | | | |
| 456. Treasury Bill-Money Mkt Fnd | | None | M | T | | | | | |
| 457. S&P 500 Index | | None | K | T | | | | | |
| 458. Active Inflation Pro Bond Fund | | None | L | T | | | | | |
| 459. International Equity Index Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. Active Global Equity Fund | | None | K | T | | | | | |
| 461. 401(a) Cash Match-S&P 500 Index Fund | | None | J | T | | | | | |
| 462. COMMONWEALTH OF VIRGINIA -DEFINED CONTRIBUTION PLAN | | | | | | | | | |
| 463. Treasury Bill Money Market Fund | | None | M | T | | | | | |
| 464. S&P 500 Index Fund | | None | K | T | | | | | |
| 465. Active Inflation Pro Bond Fund | | None | L | T | | | | | |
| 466. International Equity Index Fund | | None | K | T | | | | | |
| 467. Active Global Equity Fund | | None | K | T | | | | | |
| 468. 401(a) Cash Match S&P Index | | None | J | T | | | | | |
| 469. TRUST #1: | | | | | | | | | |
| 470. BB&T Corp. Accounts | E | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The appraisal date for the assets in Part VII, page 4, lines 3 and 4 is 2009.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Keenan, Barbara M. | 5/1/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Barbara M. Keenan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544